IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01017-MSK-BNB

PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,

Plaintiff,

v.

ALPHATRADE.COM, a Nevada corporation,

Defendant.
_____

# ORDER
_____

This matter arises in connection with **Defendant AlphaTrade.com's Unopposed Motion for an Extension of the Discovery End Date and Other Dates Contained in the Scheduling Order** [Doc. # 28, filed 12/19/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART, and the Scheduling Order is modified to the following extent:

        Discovery Cut-Off: **April 18, 2009**

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline: **April 18, 2009**

        Expert Disclosures: There will be no expert witnesses.

Settlement Conference: A settlement conference will be held on **April 28, 2009, at 1:30 p.m.**  It is hereby ordered that all settlement conferences that take place before the magistrate judge shall be confidential.  Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to my office on or before **April 21, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated January 6, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge